BRYAN, Judge.
 

 The prior judgment of this court — affirming, without an opinion, the Baldwin Circuit Court’s judgment — has been reversed and the cause remanded by the Supreme Court of Alabama.
 
 Ex parte Clark,
 
 23 So.3d 1107 (Ala.2009). On remand to this court and in compliance with the supreme court’s opinion, we reverse the trial court’s award of physical custody of the parties’ daughter to the mother, and we remand this ease to the trial court to vacate the award of alimony and for further proceedings consistent with the supreme court’s opinion.
 

 REVERSED AND REMANDED.
 

 THOMPSON, P.J., and PITTMAN, THOMAS, and MOORE, JJ., concur.